IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THREE FORKS RANCH CORP., a Wyoming corporation, | ) ) ) | Case No.: 4:20-cv-3126 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **DECLARATION AUTHENTICATION OF EVIDENCE IN SUPPORT OF MOTION** |
| DEREK SCHWANEBECK, LESA SCHWANEBECK, and JOHN C. ODOM, | ) ) ) | **TO DESIGNATE PLACE OF TRIAL PLACE OF TRIAL** |
| Defendants. | ) | |

I, Christine E. Seck, declare and state the following:

1. I am an attorney at Waite & McWha Law Firm, representing Lesa Schwanebeck.

2. Attached to this declaration are true and correct copies of the following documents offered in opposition to Pro Ag Management's motion for partial summary judgment:

   A1   Rule 26(a) Initial Disclosures of Defendants Derek & Lesa Schwanebeck;

   A2.  Plaintiff's Rule 26(a) Initial Disclosures;

   A3   Plaintiff's Rule 26(a)(2) Disclosures; and

   A4   Schwanebeck Defendants' Second Joint Rule 26(a)(2) Disclosure.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 10th day of December, 2021.

/s/ Christine E. Seck_____
Christine E. Seck
One of Lesa Schwanebeck's Attorneys