IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THREE FORKS RANCH CORP., | |
| Plaintiff, | 4:20-CV-3126 |
| vs. | ORDER |
| LESA SCHWANEBECK AND DEREK SCHWANEBECK, | |
| Defendants. | |

This matter is before the Court on both parties' objections (filing 133, filing 135) to the designated deposition testimony of David Pratt and Kelly Sewell.

### Plaintiff's Objections to David Pratt's Deposition Testimony

The plaintiff's objections to the defendant's designations will be overruled except for the following:

| | |
|---|---|
| 19:7-20 | Sustained, relevance. |
| 56:1-5 | Sustained, foundation. |
| 103:21-104:2 | Sustained, relevance. |

### Defendants' Objections to David Pratt's Deposition Testimony

| | |
|---|---|
| 25:2-26:2 | Overruled, but the deposition should include, for completeness, 26:3-27:12. |

### Plaintiff's Objections to Kelly Sewell Deposition Testimony

The plaintiff's objections to the defendant's designations will be overruled except for the following:

| | |
|---|---|
| 204:3-206:1 | Sustained, relevance. |
| 235:8-13 | Sustained, relevance. |
| 239:12-21 | Sustained, relevance. |

### Defendants' Objections to Kelly Sewell Deposition Testimony

The defendants' objections to the plaintiff's designations will all be overruled.

- 2 -

IT IS SO ORDERED

Dated this 11th day of November, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge